IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES RICHARD WAHL, JR.<br><br>    Defendant and Judgment Debtor.<br><br>GREEN BANK, N.A.,<br>(and its Successors and Assignees)<br><br>    Garnishee. | Case No.: 2:16-MC-00106-TLN-EFB<br><br>**[PROPOSED] ORDER**<br><br>Criminal Case No.: 2:09-CR-00040-TLN |

The Court, having reviewed the court files and the United States' application for an order terminating writ of garnishment (the "Application"), and finding good cause therefrom, hereby GRANTS the Application. Accordingly, it is ORDERED that:

1.  The Writ of Garnishment previously issued on June 2, 2016 against James Richard Wahl, Jr. is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B); and

2.  The Clerk of Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: July 25, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE